Francis J. "Casey" Flynn, Jr.
Law Office of Francis J. Flynn, Jr.
CA State Bar No. 304712
422 South Curson Avenue
Los Angeles, CA 90036
Telephone: (314) 662-2836
Email: casey@lawofficeflynn.com

**ATTORNEY FOR PLAINTIFF
AND THE PROPOSED CLASS**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY HERNANDEZ, et al.<br><br>            Plaintiff,<br><br>   v.<br><br>FIRST DATA MERCHANT SERVICES LLC and NORTHERN LEASING SYSTEMS INC.,<br><br>          Defendants. | **CASE NO. <u>Case No. 2:18-cv-9062</u>**<br><br>**NOTICE OF DISMISSAL OF PLAINTIFF JERRY HERNANDEZ'S CLAIMS AGAINST DEFENDANT FIRST DATA MERCHANT SERVICES LLC ONLY WITHOUT PREJUDICE WITH EACH PARTY TO BEAR THEIR OWN COSTS PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

COMES NOW, Plaintiff, Grace Blancas ("Plaintiff"), by and through counsel of record, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files Plaintiff's Notice of Voluntary Dismissal of Jerry Hernandez's

113936v1

Claims against First Data Merchant Services LLC ("Defendant First Data") **without Prejudice with Each Party to Bear Its Own Costs** and hereby dismisses each of Plaintiff's claims **against Defendant First Data only**, **without prejudice, with each party to bear their own costs**.

Defendant First Data has not filed an answer in this case and has not filed a motion for summary judgment. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this lawsuit.  A receiver has not been appointed in this case.

Accordingly, Plaintiff Jerry Hernandez hereby dismisses each of Plaintiff Jerry Hernandez's causes of action **against Defendant First Data Merchant Services LLC only without prejudice, with each party to bear their own costs**. This dismissal does **not** affect any other defendant in this case.

Dated: <u>November 20, 2018</u>

By: <u>/s/ Francis J. "Casey" Flynn, Jr.</u>
Francis J. "Casey" Flynn, Jr.
Law Office of Francis J. Flynn, Jr.
CA State Bar No. 304712
422 South Curson Avenue
Telephone: (314) 662-2836
Email: casey@lawofficeflynn.com

**ATTORNEY FOR PLAINTIFF**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2018, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filings system upon the parties of record.

Date: November 20, 2018                    /s/ Francis J. "Casey" Flynn, Jr.

NOTICE OF DISMISSAL WITHOUT PREJUDICE
AGAINST DEF. FIRST DATA MERCHANT
SERVICES WITHOUT PREJUDICE WITH EACH
PARTY TO BEAR ITS OWN COSTS